UNITED STATES  DISTRICT COURT

Northern District of California

THOMAS DUNN,

                 Plaintiff,

     v.

MARIN COUNTY, et al.,

                 Defendants.

_____/

No. C 10-0969 MEJ

**ORDER TO SHOW CAUSE**

       On April 2, 2010, the Defendants in the above-captioned matter filed a Motion to Strike, with a noticed hearing date of May 13, 2010.  (Dkt. #4.)  Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by April 22, 2010.  However, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the May 13 hearing and ORDERS Plaintiff Thomas Dunn to show cause why this case should not be dismissed for failure to prosecute and comply with court deadlines.  Plaintiff shall file a declaration by May 3, 2010, and the Court shall conduct a hearing on May 6, 2010 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

       **IT IS SO ORDERED.**

Dated: April 26, 2010

                                    _____
                                    Maria-Elena James
                                    Chief United States Magistrate Judge

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**