1  **Richard Sax (SBN 80632)** *richard@rsaxlaw.com*
   **LAW OFFICES OF RICHARD SAX**
2  448 Sebastopol Avenue
   Santa Rosa, CA. 95401
3  Telephone: (707) 525-1824
   Facsimile:  (707) 525-8119
4
5  Attorney for Plaintiff,
   Thomas Dunn

FILED
JUN 3 0 2010
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

RECEIVED
JUN 2 4 2010

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Dunn, | CASE NO.: CV-10 0969 MEJ |
| Plaintiff, | REQUEST FOR DISMISSAL |
| v. | |
| Marin County, Marin County Board of Supervisors, Marin County Jail, Marin County Probation Officer Carmen Vance and DOES 1-20, inclusive, | |
| Defendants. | |

TO THE CLERK: Please dismiss Marin County Board of Supervisors and Marin County Jail without prejudice in the above named First Amended Complaint.

Dated: June 23, 2010

_____
Richard Sax, Attorney for Plaintiff
Thomas Dunn

Dismissal entered as requested on:

Dated: 6-30-2010

_____
Clerk of the Federal Court/Northern District
**Maria Elena James**
**United States Chief Magistrate Judge**

*Dunn v. Marin County/Request for Dismissal/Case No.: CV-10-0969*

1