UNITED STATES DISTRICT COURT

For the Northern District of California

UNITED STATES  DISTRICT COURT

Northern District of California

THOMAS DUNN,

                          Plaintiff,

        v.

MARIN COUNTY, et al.,

                          Defendants.

_____/

No. C 10-0969 MEJ

**ORDER RE: SUBSTITUTION OF COUNSEL**

        On October 18, 2010, Plaintiff's counsel, Richard Sax, filed a "Substitution of Attorney." (Dkt. #23.)  However, the notice does not name a new attorney and instead states that Plaintiff's "legal representative" will be himself.  Pursuant to Civil Local Rule 11-5, "Counsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client and to all other parties who have appeared in the case." Accordingly, Plaintiff's substitution of counsel is DENIED WITHOUT PREJUDICE to the filing of a properly noticed motion pursuant to Civil Local Rule 7..

        **IT IS SO ORDERED.**

Dated: October 20, 2010

                                                          _____
                                                          Maria-Elena James
                                                          Chief United States Magistrate Judge