Richard Sax, P.C. (SBN 80632) richard@rsaxlaw.com
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Attorney for Plaintiff,
Thomas Dunn

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Dunn | CASE NO.: CV-10 0969 |
| Plaintiff, | STIPULATION AND ORDER CONTINUING DISCOVERY CUT OFF DEADLINE AND TRIAL DATE |
| v. | |
| Marin County, et al. and DOES 1-20, inclusive, | |
| Defendants. | |

Plaintiffs counsel Richard Sax has a Motion to Withdraw scheduled to be heard on December 2, 2010.

The Discovery cut off deadline is presently scheduled for December 7, 2010.

The trial date is currently set for June 13, 2011.

As a result of a Motion to Withdraw by plaintiffs counsel and subject to the permission and order of this court, it is hereby stipulated by and between the attorneys for the parties to this action that all discovery deadlines be postponed from December 7, 2010 to approximately March 7, 2011 and it is further stipulated that the trial date currently set for June 13, 2011 be continued to a date set by the Court after August, 2011.

This stipulation does not change the fact that Defendants served Interrogatories and Request for Production of Documents on Plaintiff on August 18, 2010,

1  Subsequently, Defendants agreed to two extensions, but Plaintiff has failed to respond
2  to discovery. Despite this stipulation, Plaintiff's Responses are now untimely and
3  Plaintiff has waived all objections to Defendants' Interrogatories, Set No. One and
4  Defendants'' Request for Production of Documents, Set No. One.

Dated: November 2, 2010  _____
Richard Sax, Attorney for Plaintiff

Dated: November 2, 2010  _____
Renee Giacomini Brewer,
Attorney for Defendant

## ORDER

The parties having stipulated, it is so ordered. All pretrial and trial deadlines, with the exception of the 3/7/11 discovery deadline, are vacated pending resolution of Plaintiff's motion to substitute counsel.

DATED: November 3, 2010



JUDGE
NORTHERN DISTRICT COURT
Judge Maria-Elena James

Dunn v. Marin County/Stipulation and Order/Case No.: 10 0969

2

116386.doc