Richard Sax (SBN 80632) *richard@rsaxlaw.com*
LAW OFFICES OF RICHARD SAX
448 Sebastopol Avenue
Santa Rosa, CA. 95401
Telephone: (707) 525-1824
Facsimile: (707) 525-8119

Attorney for Plaintiff,
Thomas Dunn

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Thomas Dunn, <br><br> Plaintiff, <br><br> v. <br><br> Marin County, Marin County Board of Supervisors, Marin County Jail, Marin County Probation Officer Carmen Vance and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO.: CV-10 0969 <br><br> REQUEST FOR DISMISSAL |

TO THE CLERK: Please dismiss Marin County Probation Officer Carmen Vance without prejudice in the above named First Amended Complaint.

Dated: 11/08/2010

Richard Sax, Attorney for Plaintiff
Thomas Dunn

Dismissal entered as requested on:

Dated: November 10, 2010

Clerk,
District [signature: Judge Maria-Elena James]

*Dunn v. Marin County/Request for Dismissal Case No.: CV-10 0969*

1

116499.doc