1
2
3
4          UNITED STATES  DISTRICT COURT
5             Northern District of California
6
7    THOMAS DUNN,
8                        Plaintiff,                    No. C 10-0969 MEJ
           v.                                   **ORDER DENYING MOTION TO**
9    MARIN COUNTY, et al.,                      **WITHDRAW AS COUNSEL**
10
                         Defendants.
11   _____/
12
13          Pending before the Court is the motion of Richard Sax, Plaintiff's counsel of record, to

14   withdraw from the case.  (Dkt. #26.)  In his motion, Mr. Sax states that he and Plaintiff "have

15   fundamental and irreconcilable conflict regarding the prosecution of this litigation."  However,

16   given that discovery is scheduled to close on December 7, 2010, the Court finds it would prejudice

17   Defendants to permit counsel to withdraw at this point in the case.  Accordingly, the Court DENIES

18   counsel's motion.  Mr. Sax may file a renewed motion after the close of discovery and resolution of

19   any discovery disputes, if necessary at that time.  If Plaintiff intends to seek new counsel in place of

20   Mr. Sax, the parties may jointly request a continuance of any pretrial and trial deadlines after

21   discovery to permit Plaintiff the necessary time to seek new counsel.

22          **IT IS SO ORDERED.**

23

24   Dated: November 16, 2010

25                                               _____
                                                 Maria-Elena James
26                                               Chief United States Magistrate Judge

27

28

**UNITED STATES DISTRICT COURT**
**For the Northern District of California**