UNITED STATES DISTRICT COURT

Northern District of California

THOMAS DUNN,

              Plaintiff,

  v.

MARIN COUNTY, et al.,

              Defendants.
_____/

No. C 10-0969 MEJ

**DISCOVERY ORDER**

The Court is in receipt of the parties' joint discovery letter, filed December 16, 2010. (Dkt. #38.) In the letter, Defendants request an extension of discovery to permit Plaintiff's deposition and Independent Medical Examination to go forward. Good cause appearing, the Court GRANTS Defendants' request. Plaintiff shall complete his deposition and IME by January 21, 2011. Failure to comply with this order may result in the imposition of sanctions, including an award of costs to Defendants, exclusionary sanctions, and possible dismissal of this case.

**IT IS SO ORDERED.**

Dated: December 21, 2010

_____
Maria-Elena James
Chief United States Magistrate Judge