UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| THOMAS DUNN,<br><br>　　　　　　Plaintiff,<br>　v.<br>MARIN COUNTY,<br>　　　　　　Defendant.<br>_____/ | No. C 10-00969 MEJ<br><br>**ORDER TO SHOW CAUSE** |

On May 11, 2011, the Defendants in the above-captioned matter filed a motion for summary judgment, with a noticed hearing date of June 16, 2011. (Dkt. #49.) Pursuant to Civil Local Rule 7, Plaintiff's opposition or statement of non-opposition was due by May 26, 2011; however, Plaintiff failed to file an opposition. Accordingly, the Court hereby VACATES the summary judgment hearing and ORDERS Plaintiff Thomas Dunn to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by June 16, 2011, and the Court shall conduct a hearing on June 30, 2011 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: May 31, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Maria-Elena James
　　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

THOMAS DUNN,

        Plaintiff,

v.

MARIN COUNTY et al,

        Defendant.

Case Number: CV10-00969 MEJ

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on May 31, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Michael S. Biggs
55 Main Street
Tiburon, CA 94920

Dated: May 31, 2011

Richard W. Wieking, Clerk
By: Brenda Tolbert, Deputy Clerk

2