PATRICK K. FAULKNER, COUNTY COUNSEL
Renee Giacomini Brewer, SBN 173012
3501 Civic Center Drive, Room 275
San Rafael, CA 94903
Tel.: (415) 499-6117, Fax: (415) 499-3796

Attorney(s) for the County of Marin.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THOMAS DUNN,<br><br>       Plaintiff,<br><br>    v.<br><br>MARIN COUNTY AND DOES 1-20, inclusive.<br><br>       Defendant. | Case No.: CV 10 0969 MEJ<br><br>[PROPOSED] ORDER FOR DISMISSAL WITH PREJUDICE PURSUANT TO FED.R.CIV.P.41(a)(1) |

The Court's Order to Show Cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines came on regularly for hearing before this Court on June 30, 2011, at 10:00 a.m. in Courtroom B.  Renee Giacomini Brewer, Deputy, Marin County Counsel, appeared for Defendant, County of Marin.  No appearance was made by Plaintiff.

After considering Plaintiff's failure to oppose Defendant County of Marin's Summary Judgment Motion filed on May 11, 2011, Plaintiff's failure to file a declaration as ordered by this Court on May 31, 2011 and all other matters presented to the Court, IT IS HEREBY ORDERED THAT the Plaintiff's cause of action against Defendant County of Marin is dismissed with prejudice for failure to prosecute.

Dated: June 30, 2011

_____
Honorable Maria-Elena James
United States District Court Judge